UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

.v-

11-10415 (NMG)

JAMES L. PRANGE, ET AL.

Defendant.

-------------------------------------------------------------X

## MOTION FOR ADDITIONAL TIME TO FILE
## JERS DISK OF EXHIBITS

The defendant, James L. Prange, through undersigned counsel moves this honorable court for an Order allowing counsel to file and serve his JERS Exhibit disk on April 19, 2013.

1. In support of this Motion, counsel states that two defendants have entered pleas in this case over the past week. In order to avoid duplication of exhibits and to insure that all exhibits Mr. Prange intends to or may use at trial are properly loaded on to the JERS disk, some additional time is required.

2. Counsel for Mr. Prange has made arrangements with the Prosecution to pick up its JERS disk on Wednesday prior to the final pre-trial

        conference and will work diligently to finalize his exhibit list and submit the JERS disk in hand at the Courthouse on April 19, 2013 and at the same time delivery a copy of the disk to the prosecution and overnight copies for Saturday delivery to all other counsel of record.

3.       Counsel to the prosecution, Sarah Walters, has no objection to defendant Prange's Motion.

**WHEREFORE, for this and other good cause shown,** it is respectfully requested that defense counsel to Mr. Prange be permitted to file and serve his JERS disk of exhibits on Friday, April 19, 2013.

Dated: April 16, 2013

                              Respectfully submitted,

                              /s/ Steven N. Fuller, Esq.
                              Mass. Bar. 550225
                              Allen-Fuller, P.A.
                              40 Stark Street/2nd Floor
                              Manchester, NH 03101
                              603/666-9966 x 15
                              603/668-7750
                              617/710-1717 mobile

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 16th day of April, 2013 upon the following by ECF/CM delivery to all counsel of record:

/s/ Steven N. Fuller
Steven N. Fuller, Esq.