UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    -v-

                                                            11-10415

JOHN C. JORDAN, et. al.

                               Defendant.
-----------------------------------------------------------------------X
_____

### MOTION FOR ADDITIONAL THIRTY DAYS FOR DEFENDANTS TO FILE POST-TRIAL MOTIONS
_____

      COMES NOW the Defendant, John C. Jordan, through his appointed counsel Inga L. Parsons, and requests that the time for the defendants to file post-trial motions be extended an additional thirty days. As the Court is aware, the jury returned a guilty verdict against both defendants on May 3, 2013.

      Defense counsel needs additional time to determine any post-trial motions. Mr. Jordan resides in California. In addition, defense counsel is out of town until May 20th 2013. Co-Counsel is in New Hampshire and a joint review of the issues is preferred. Thus, the defense needs time to review the case to determine whether post-trial motions are appropriate

      For other good and just cause.

      WHEREFORE it is respectfully requested that defense counsel be permitted an additional thirty days to file any post-trial motions.

Dated:    Marblehead, MA
           May 9, 2013



        /s/   Inga L. Parsons
Inga L. Parsons (BBO#675221)
3 Bessom Street, No. 234
Marblehead, MA  01945
781-581-2262

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was served on the 9th day of May, 2013 by ECF/CM delivery to all counsel of record:

        /s/   Inga L. Parsons
Inga L. Parsons