UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.  Criminal No. 11-10415-NMG

JAMES PRANGE et al., Defendants

**DEFENDANT JAMES PRANGE'S ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING**

Defendant James Prange, by and through the undersigned counsel, moves this Court for an Order continuing the August 8, 2013 sentencing date to September 13, 2013 at 3:30 p.m., or the first available date thereafter. In support of this Motion defendant states the following:

1. Mr. Prange is represented by attorney Steven Fuller of Allen-Fuller, P.A., 40 Stark Street, Manchester, NH 03101.

2. Mr. Fuller has been engaged full time the past two weeks addressing a personal family situation in California where his son resides and that situation requires that he travel back to California in the immediate future.

3. In order to properly prepare for defendant Prange's sentencing and file a sentencing memorandum, Mr. Fuller requests a brief continuance of the Sentencing date.

4. Counsel for the United States has been apprised of the undersigned counsel's situation and has assented to this Motion to Continue Sentencing.

5.  The defendant James Prange has been consulted as well and has agreed to continue the sentencing date.

6.  The undersigned counsel has addressed the need for a continuance with Mr. Prange's probation officer and the Court's clerk, both of whom have advised that September 13, 2013 at 3:30 is available on the Court's calendar for a new sentencing date. The Government's counsel advises that they are available on that date as well.

7.  The motion to continue sentencing date is for good cause and is not interposed to hinder or delay the sentencing of Mr. Prange.

**Wherefore,** Defendant Prange respectfully requests that the Court continue Mr. Prange's August 8, 2013 sentencing date to September 13, 2013 at 3:30 p.m., or the next available date after September 13, 2013.

**Dated: July 25, 2013**

> Respectfully submitted,
>
> For Defendant,
> JAMES PRANGE
> By his attorneys,
> ALLEN-FULLER, P.A.
>
> /s/ Steven N. Fuller
> Steven N. Fuller, Esq.
> BBO # 550224
> 40 Stark Street, 2nd Floor
> Manchester, NH 03110
> (603) 666-9966 x 15 (tel)
> (617) 710-1717 Local Phone
> (603) 668-7750 (fax)
> steven.fuller@allen-fuller.com

## CERTIFICATE OF SERVICE

      I, Steven N. Fuller, certify that on July 25, 2013, I served and true and accurate copy of James Prange's Motion to Continue Sentencing Hearing was filed electronically through the ECF system, and was served electronically on the registered participants as identified on the notice of electronic filing.

                                      /s/ Steven N. Fuller
                                      Counsel for James Prange